IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DALE LEE LENOIR,

    Petitioner,

v.                                                                                     4:12cv344-WS

MICHAEL D. CREWS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 13, 2013. See Doc. 15. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 15) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED AS MOOT.

    3. The respondent's motion to dismiss (doc. 9) is DENIED as moot.

4. A certificate of appealability shall not issue, and leave to appeal in forma pauperis is DENIED.

5. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this   10th   day of     June    , 2013.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE